**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:07CR46 |
| | ) | |
| Plaintiff | ) | JUDGE ANN ALDRICH |
| | ) | |
| -vs- | ) | |
| | ) | |
| SHIRYL CHAMBERS | ) | **JOURNAL ENTRY** |
| | ) | |
| Defendant | ) | |

For good cause shown, the Court hereby orders the United States Marshall, Cleveland, Ohio, to retrieve and return the body of LARRY RADCLIFF, inmate # 31082-160, now detained and within the custody of the United States Bureau of Prisons at FCI Morgantown, W. Va., as it is said, under safe and secure conduct, to appear before the United States District Court for the Northern District of Ohio, at Cleveland, Ohio, on Monday, April 27, 2009, at 1:30 PM and then and there to testify to the truth according to his knowledge in the matter now pending, and immediately after the conclusion of the matter, that you return the said LARRY RADCLIFF to the said state institution under safe and secure conduct.

                                                 s/Ann Aldrich  (4-17-09)
                                                 ANN ALDRICH
                                                 UNITED STATES DISTRICT COURT JUDGE